## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **DOCKET NO. 3:11-MJ-260-DCK** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY MARIO PETTIFORD | ) | |
| | ) | |
| Defendant. | | |

---

## <u>ORDER</u>

Upon the government's Motion, the Court grants the dismissal of the Complaint in the above-captioned matter, without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: August 29, 2011

David C. Keesler
United States Magistrate Judge